# IN THE UNITED STATES BANKRUPTCY COURT IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:  CASE NO. 6:14-BK-05502
MARIA POLO,
Debtor.

_____/

## DEBTOR MARIO POLO'S MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

Debtor MARIO POLO (hereafter "Debtor"), by and through undersigned counsel, requests entry of an order referring the Debtor and Suntrust Mortgage, Inc. (first mortgagee on her primary residence), to mortgage modification mediation, and in support states:

1. The Debtor filed this Chapter 13 case in an attempt to retain her primary residence.

2. The Debtor would like to modify the terms of the mortgage encumbering her primary residence. The Debtor's income will allow her to contribute as much as 31 percent of her current gross income to payment of their modified mortgage debt.

3. Mediation will assist the parties in negotiation of a modification of the relevant mortgage.

4. Debtor will pay the $350 mediation cost and any other required costs prior to attending any scheduled mediation.

WHEREFORE, Debtor requests the entry of an Order referring this case to mediation and for such other and further relief as this Court deems just and proper.

DATED this 8th day of August, 2014.

                                      Respectfully submitted,

                                      /s/Philip Bartlett_____

Philip Bartlett, Esq.<br>
Florida Bar No. 0045318<br>
The Bartlett Law Group, PLLC<br>
2 South Biscayne Boulevard<br>
Suite 3760<br>
Miami, FL 33131<br>
(305) 503-1327 (telephone)<br>
(888) 389-2037 (facsimile)<br>
phil@bartlettlawgroup.com (e-mail)<br>
Attorney for Debtor,<br>
Maria Polo

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via United States first class mail, facsimile, and/or this Court's electronic filing system upon the following creditors and interested parties this 8th day of August, 2014:

Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790

Suntrust Mortgage, Inc., Registered Agent, Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301

Suntrust Mortgage, Inc., P.O. Box 26149, Richmond, VA 23260

/s/Philip Bartlett_____<br>
Philip Bartlett, Esq.<br>
Florida Bar No. 0045318