UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                  Case No.: 6:14-bk-05502-ABB
                                                                         Chapter 13
MARIA ANTONIETA POLO,

              Debtor.
_____/

**CHRISTIANA TRUST'S OBJECTION
TO CONFIRMATION OF CHAPTER 13 PLAN**

Comes now the secured creditor, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-13, by and through Counsel, Leslie Rusing, Esq. of Quintairos, Prieto, Wood & Boyer P.A., and hereby objects to confirmation of the Chapter 13 Plan. In support of its Objection, Creditor states as follows:

1. On August 31, 2006, Debtors, Scott Stefanski and Maria Polo, executed a Note and Mortgage for the real property located at 14201 Fredricksburg Drive #416, Orlando, Florida 32837.

2. Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-13 is the holder of the Note and Mortgage for the real property located at 14201 Fredricksburg Drive #416, Orlando, Florida 32837.

3. On May 28, 2014, Debtor filed a Chapter 13 Plan with this Court. The Plan proposes a mortgage modification monthly payment of $698.74 for months 1 to 36.

    4.    Pursuant to the Creditor's Proof of Claim filed September 10, 2014 (Claim 8-1) there are pre-petition arrears owed in the amount of $58,669.36. Debtor's Plan does not include any arrearages owed to Creditor.

    5.    The Plan, as proposed, does not provide any arrears owed to Creditor and is based off a Mediation that has not occurred and may not result in a Modification.

Wherefore, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-13, respectfully requests confirmation of the Debtors Chapter 13 Plan be denied until such time as Debtor proposes to pay back the total arrearages due and owing.

Respectfully submitted,

Dated: <u>September 23, 2014</u>

/s/ Leslie Rushing
Leslie Rushing, Esq.
Florida Bar No. 98106
Quintairos, Prieto, Wood & Boyer, PA
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Telephone: (561) 686-1880 x 1311
Fax: (561) 686-1886
Primary Email:
leslie.rushing@qpwblaw.com
Secondary Email:
flsdbknotices@qpwblaw.com

**CERTIFICATE OF SERVICE**

       I certify that I have caused to be served a copy of the foregoing Objection to Confirmation of Chapter 13 Plan, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: September 23, 2014                      /s/ Leslie Rushing
                                                          Leslie Rushing, Esq.
                                                          Florida Bar No. 98106

Copies Furnished To:

By CM/ECF Receipt:

Philip Duston Bartlett, III
The Bartlett Law Firm, P.A.
390 North Orange Avenue
Suite 2300
Orlando, FL 32801
Email: phil@pdbartlettlaw.com

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By First Class Mail:

Maria Antonieta Polo
14304 Fredericksburg Drive, Unit 416
Orlando, FL 32837