# United States Bankruptcy Court
## Middle District of Florida

In re:                      Maria Polo                                           Case No.     6:14-bk-05502

                                                            Debtor(s) Maria Polo Chapter     13

## CONCLUSIVE REPORT TO THE COURT ON MEDIATION CONFERENCE

Pursant To the Court's order, mediation in the above referenced case was held on the 12 day of March, 2015    Present were:
Debtor: MARIA POLO    Debtor's Counsel: JOHN JORDAN
Creditor/Bank's Counsel: LESLIE RUSHING    Bank/Servicer Representative: N/A

The result of the conference is as follows:

1) A full and complete settlement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be sumitted for the Court's approval.

2) A partial settlement agreement was reached. The parties are submitting their agreement to their attorney's, and a final draft will be submitted for the Court's approval. Some issues will require Court resolution.

✓ 3) The parties agree to reconvene to continue mediation.

4) The parties have not reached an agreement. All issues require Court intervention.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notice or Regular U.S. Mail to:

| | |
|---|---|
| Debtor(s) | Maria Polo c/o Debtor's Counsel |
| Debtor's Counsel | Philip Bartlett 2 South Biscayne Blvd, #3760, Miami, FL 33131 |
| Chapter 13 Trustee | Laurie K Weatherford, PO Box 3450, Winter Park, FL 32792 |
| Creditor | SunTrust c/o Creditor's Counsel |
| Creditor's Counsel | Leslie Rushing 1475 Centrepark Blvd, #130, West Palm Beach, FL 33401 |

On     3/12/2015                         *Linda Smith*
          DATE                                  Linda D. Smith
                                                    *Mediator*

Linda D. Smith
822 Lake Baldwin Lane
Orlando, FL 32803
407.896.1553
lsmith@atipro.com